# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Richmond Local Office
400 N. Eight Street, Suite 350
Richmond, VA 23219
(804) 362-6910
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 04/10/2026

**To:** Mr. Frank Vega
73 Crystal lane
EVINGTON, VA 24550
Charge No: 438-2026-00487

EEOC Representative and email: QWONNESHIA KING
INVESTIGATOR
QWONNESHIA.KING@EEOC.GOV

---

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 438-2026-00487.

On behalf of the Commission,

Digitally Signed By:Daron L. Calhoun
04/10/2026

Daron L. Calhoun
Local Office Director

# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC<br>Virginia Office of Civil Rights | 438-2026-00487 |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Mr. Frank Vega

Phone No.: 434-385-6940

Year of Birth: 1960

Mailing Address: 73 Crystal lane
EVINGTON, VA 24550

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Fostek Corporation

No. Employees, Members: 15 - 100 Employees

Phone No.: (540) 587-5870

Mailing Address: 1001 Broad Street
BEDFORD, VA 24523, UNITED STATES OF AMERICA

Name:

No. Employees, Members:

Phone No.:

Mailing Address:

DISCRIMINATION BASED ON:

Disability, Race

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 09/29/2025

Latest: 09/29/2025

THE PARTICULARS ARE:

I. On or around September 15, 2025, I was hired by Staff Mark Group and contracted at the above-named company as a Temporary Employee for the Production Department. On September 18, 2025, I notified Human Resources and my Manager of my disability. On September 21, 2025, a coworker (White) chopped his finger off. On September 23, 2025, I suffered a minor cut. On September 29, 2025, I was discharged.

II. The reason given to me by Human Resources for my discharge was because of my 50-pound lifting limit, my disability, and the minor cut I suffered.

III. I believe I was discriminated against when I was discharged and retaliated against based on my race (Latino), and disability in violation of Title VII of the Civil Rights Act of 1964, as amended and the Americans with Disability Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

Digitally Signed By: Mr. Frank Vega
04/02/2026

Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

______________________________

Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary______________________________

Printed Name ______________________________